

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA KOLLY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.; BOSTON SCIENTIFIC CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 3:20-cv-00129-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Doc. No. 11] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anita Kolly and Defendants American Medical Systems, Inc., and Boston Scientific Corporation (collectively "Defendants") jointly move to dismiss this entire action with prejudice. The motion is **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: September 21, 2020

　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　United States District Judge